## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MARK ODOM**                                                    **PLAINTIFF**

**v.**                          **No. 4:23-cv-276-DPM**

**BROCKMAN, Sgt., Faulkner
County Detention Center;
HUFFMAN, Captain, Faulkner
County Detention Center; SCOTT,
Lt., Faulkner County Detention
Center; TIM RYALS; and DOES,
Captain, "John" and "Jane,"
Faulkner County Detention Center**          **DEFENDANTS**

### ORDER

1.      The Court withdraws the reference.

2.      Odom hasn't paid the $402 administrative and filing fee or filed an application to proceed *in forma pauperis;* and the time to do so has passed. *Doc. 2, 4 & 5.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*WPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

*12 June 2023*